AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

United States of America )
v. )
) Case No. 219 - MJ - 26
Derrick Jaime MORRIS, a/k/a "Butta" )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 27, 2019_____ in the county of _____Appling_____ in the

_____Southern_____ District of _____Georgia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference and made part of this criminal complaint.

*reviewed by AUSA Marcela C. Mateo on 10·31·2019*

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Waters, Task Force Officer (DEA)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **10/31/19**

_____
*Judge's signature*

City and state: _____Brunswick, GA_____      Hon. Benjamin W. Cheesbro, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

Your Affiant, Kevin Waters, being duly sworn herby deposes and states as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Task Force Officer (TFO) with the United States Drug Enforcement Administration (DEA) in Savannah, Georgia.  I am detached to the DEA from the Georgia Bureau of Investigation (GBI) where I have been employed as a Special Agent for over 15 years. I have been an active duty law enforcement officer and a Peace Officer certified by the Georgia Peace Officers Standards and Training Council (POST) for over 24 years.  I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations and to make arrests.  I have been a duly authorized TFO with the DEA since April 2009.   My duties at the DEA include the investigation of organized drug trafficking organizations.  I have received thousands of hours of advanced and specialized law enforcement training in narcotics trafficking investigations involving the unlawful transportation and distribution of controlled substances.  I have communicated with other federal, state and local law enforcement officers who also specialize in these areas.   During my service as a law enforcement officer I have had significant involvement with illegal drug investigations. I have participated in numerous investigations involving possession with intent to distribute and distribution of controlled substances.  I have organized and participated in covert controlled purchase operations in an undercover role and in conjunction with confidential informants; interceptions of wire, electronic and internet communications; interdictions of controlled substances; controlled deliveries of controlled substances; and overt enforcement actions including executions of search warrants that resulted in seizures of controlled substances and

asset forfeitures, criminal arrests and prosecutions.

2.     Your affiant is currently investigating the activities of Derrick Jamie MORRIS aka BUTTA, whom your affiant believes possessed controlled substances with intent to distribute, and attempts to do the same, in violation of Title 21, United States Code, § 841(a)(1). These acts occurred in Appling County in Georgia, which is located within the Southern District of Georgia.  Your affiant submits this complaint in support of an arrest warrant for Derrick Jamie MORRIS, aka BUTTA.

3.     The facts in this affidavit come from your affiant's personal observations, training and experience, and/or information obtained from other law enforcement officers, agents, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of your affiant's knowledge about this matter.

## **PROBABLE CAUSE**

4.     Appling County Sheriff's Office (ACSO) conducted a drug investigation in Baxley, Appling County, Georgia, of Derrick Jaime MORRIS, aka BUTTA.  On June 27, 2019, law enforcement completed a controlled purchase as part of that investigation. Specifically, an individual, later identified as MORRIS delivered approximately 1 ounce (28 grams) of suspected crystal methamphetamine (ice) to the Flash Foods convenience store in Baxley, Appling County, in white 2002 Nissan Altima. The purchase was completed using official county funds that were later located in plain view of the 2002 white Nissan Altima driven by MORRIS.

5.     Following the delivery, ACSO Investigators confronted and attempted to arrest MORRIS.  MORRIS resisted arrest and a violent struggle ensued.  MORRIS was eventually restrained and transported to the Appling County Jail.

6.     Following MORRIS' arrest, Investigator (INV) Cody Leggett of ACSO drafted an

2

affidavit and application for a state search warrant for MORRIS' vehicle. INV Leggett submitted the affidavit and application to Judge Andrea Bass of the Magistrate Court of Appling County. Judge Bass reviewed and approved the affidavit and application and issued a search warrant for MORRIS' white 2002 Nissan Altima on June 27, 2019. INV Leggett immediately executed this warrant and conducted a search of MORRIS' vehicle. The search resulted in the discovery and seizure of an additional approximately 2 ounces of suspected crystal methamphetamine, marijuana, digital scales and plastic bags.

7.      A field test with TruNarc technology was conducted on the controlled substances and resulted in a positive for methamphetamine.

## CONCLUSION

8.      Based upon all of the foregoing information, Your Affiant respectfully submits that there is probable cause to believe that Derrick Jamie MORRIS, aka BUTTA, committed a violation of 21 U.S.C. § 841, possession of a controlled substance with intent to distribute, and respectfully requests that the Court issue an arrest warrant for Derrick Jamie MORRIS, aka BUTTA.

Kevin Waters
Task Force Officer

Subscribed and sworn to before me this 31 day of October 2019.

HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3